684 A.2d 551

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Vincent CRUZ, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 15, 1996.

266

## ORDER

PER CURIAM.

AND NOW, this 15th day of November, 1996, the Petition for Allowance of Appeal is GRANTED. The decision of the Superior Court is REVERSED and the ORDER of the trial court entered on March 14, 1994 granting Petitioner's Writ of Certiorari is REINSTATED. *See Commonwealth v. Matos*, 543 Pa. 449, 672 A.2d 769 (1996). Jurisdiction is relinquished. The Application for Permission to File Supplemental Communication is dismissed as moot.

CASTILLE, J., dissents.

CASTILLE, Justice, *dissenting*.

I respectfully dissent for the reasons expressed in my dissenting opinion in *Commonwealth v. Matos*, 543 Pa. 449, 672 A.2d 769 (1996).